# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN R. ZIMMERMAN, | : |
| **Plaintiff** | : |
| | : No. 1:13-cv-2788 |
| v. | : |
| | : Honorable Yvette Kane |
| THOMAS W. CORBETT, LINDA L. KELLY, FRANK G. FINA, K. KENNETH BROWN, MICHAEL A. SPROW, ANTHONY J. FIORE AND GARY E. SPEAKS, | : : : Electronically Filed Document : : |
| **Defendants** | : |

## DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT

Defendants, through counsel, move pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss the Amended Complaint (Doc. 20) against them. The Court should dismiss the complaint because it fails to state a claim upon which relief can be granted. A brief in support of this motion will be filed within the period prescribed by the local rules of court for this District and the Federal Rules of Civil Procedure.

**WHEREFORE**, the Court should dismiss the Amended Complaint (Doc. 20) against Defendants.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | **KATHLEEN G. KANE**<br>**Attorney General** |
|  | By:   *s/Lindsey A. Bierzonski*<br>**LINDSEY A. BIERZONSKI**<br>**Deputy Attorney General**<br>**Attorney ID #308158** |

**Office of Attorney General**
**15th Floor, Strawberry Square**
**Harrisburg, PA 17120**
**Phone: (717) 772-3561**                    *s/Timothy P. Keating*
**Fax:     (717) 772-4526**                   **TIMOTHY P. KEATING**
**lbierzonski@attorneygeneral.gov**   **Senior Deputy Attorney General**
**tkeating@attorneygeneral.gov**       **Attorney ID #44874**

**GREGORY R. NEUHAUSER**

**Chief Deputy Attorney General**
**Chief, Civil Litigation Section**

**Date: May 21, 2014**                         *Counsel for Defendants Brown,*
                                                             *Corbett, Fiore, Speaks & Sprow*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN R. ZIMMERMAN, | : | |
| Plaintiff | : | |
| | : | No. 1:13-cv-2788 |
| v. | : | |
| | : | Honorable Yvette Kane |
| THOMAS W. CORBETT, LINDA L. KELLY, FRANK G. FINA, K. KENNETH BROWN, MICHAEL A. SPROW, ANTHONY J. FIORE AND GARY E. SPEAKS, | : | Electronically Filed Document |
| Defendants | : | |

## **CERTIFICATE OF NON-CONCURRENCE**

I, Lindsey A. Bierzonski, Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that Devon Jacob, Counsel for Plaintiff John R. Zimmerman, has not concurred in this motion.

                                          *s/Lindsey A. Bierzonski*
                                          **LINDSEY A. BIERZONSKI**
                                          Deputy Attorney General

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN R. ZIMMERMAN,** : | |
| Plaintiff : | |
| : | No. 1:13-cv-2788 |
| v. : | |
| : | Honorable Yvette Kane |
| **THOMAS W. CORBETT, LINDA L.** : | |
| **KELLY, FRANK G. FINA, K.** : | |
| **KENNETH BROWN, MICHAEL A.** : | Electronically Filed Document |
| **SPROW, ANTHONY J. FIORE AND** : | |
| **GARY E. SPEAKS,** : | |
| Defendants : | |

## CERTIFICATE OF SERVICE

I, Lindsey A. Bierzonski, Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on March 21, 2014, I caused to be served a true and correct copy of the foregoing document titled DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT to the following:

**VIA ECF:**

**Devon M. Jacob**
Jacob Litigation
P.O. Box 837
Mechanicsburg, PA  17055-0837
djacob@jacoblitigation.com
*Counsel for Plaintiff*

                              *s/Lindsey A. Bierzonski*
                              **LINDSEY A. BIERZONSKI**
                              Deputy Attorney General