

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL

KATHLEEN G. KANE
ATTORNEY GENERAL

March 31, 2015

Litigation Section
15th Floor, Strawberry Square
Harrisburg, PA 17120
Phone: (717) 705-8580
Fax: (717) 772-4526
tkeating@attorneygeneral.gov

Honorable Yvette Kane
U.S. District Court
Middle District of Pennsylvania
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17101

    Re:    <u>John R. Zimmerman v. Corbett, et al.</u>
             No. 1:13-cv-2788 (M.D.Pa.)

**Dear Judge Kane:**

    During the case management conference in the above docketed case, the Court requested that the parties explore the possibility of mediation and to apprise the Court of the parties' position in this respect. Counsel for the parties have discussed this option and believe that mediation, at this time, would probably not be beneficial. If the positions of the parties change on this issue, we will notify the Court and request the scheduling of mediation.

    Thank you for your time and attention to this matter.

Sincerely,

Timothy P. Keating
Senior Deputy Attorney General

TPK/kmag
cc:    Devon Jacob, Esq.