**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JOHN R. ZIMMERMAN,** | : Civil Action No.: 1:13-cv-2788 |
| Plaintiff, | : District Judge: Yvette Kane |
| | : |
| v. | : CIVIL ACTION – LAW |
| | : JURY TRIAL DEMANDED |
| **THOMAS W. CORBETT, et al.,** | : |
| Defendants. | : |

**PLAINTIFF'S MOTION FOR RECONSIDERATION**

**AND NOW** comes the Plaintiff, John R. Zimmerman, by and through his undersigned counsel, and respectfully requests that the Court reconsider its Order, dated February 10, 2015, granting in part and denying in part the motion to dismiss (Doc. 30). Specifically, it is Plaintiff's contention that the Court's grant of absolute immunity to the prosecutorial Defendants is a clear error of law that if not corrected now, will result in a significant waste of resources that will be spent litigating appeals and possibly the conducting of multiple trials. See Max's Seafood Cafe v. Quinteros, 176 F.3d 669, 677 (3d Cir. 1999) (citing Harsco Corp. v. Zlotnicki, 779 F.2d 906, 909 (3d Cir. 1985), cert. denied, 476 U.S. 1171 (1986)). In support thereof,

Plaintiff relies on the arguments set forth in his brief filed in support of this motion.

Defense counsel does not concur in the granting of the relief requested in this motion.

## Conclusion

Wherefore, it is respectfully requested that the Court reconsider its Order dated February 10, 2015 (Doc. 30), and reverse its grant of absolute immunity to the prosecutorial Defendants.

**Respectfully Submitted,**

*/s/ Devon M. Jacob*    Date: **April 28, 2015**

**DEVON M. JACOB, ESQUIRE**
Pa. Sup. Ct. I.D. 89182
Counsel for Plaintiff

**JACOB LITIGATION**
P.O. Box 837, Mechanicsburg, Pa. 17055-0837
717.796.7733 | djacob@jacoblitigation.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JOHN R. ZIMMERMAN,** | : Civil Action No.: 1:13-cv-2788 |
| Plaintiff, | : |
| | : District Judge: Yvette Kane |
| v. | : |
| | : CIVIL ACTION – LAW |
| **THOMAS W. CORBETT, et al.,** | : |
| Defendants. | : JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

    I hereby certify that on the date listed below I electronically filed the foregoing with the Court using the CM/ECF system, which sent notification of such filing to the following person(s) at the following email addresses:

**Lindsey A. Bierzonski, Esquire**
Email: lbierzonski@attorneygeneral.gov

**Timothy P. Keating, Esquire**
Email: tkeating@attorneygeneral.gov

_____          Date:  April 28, 2015
**DEVON M. JACOB, ESQUIRE**