

# Commonwealth of Pennsylvania

## STATEWIDE INVESTIGATING GRAND JURY
## ——— SUBPOENA ———

TO: Custodian of Records :SUPREME COURT OF PENNSYLVANIA
    House Republican Caucus :97 M.D. MISC. DKT. 2006
    And/or Comptroller Alexis Brown :DAUPHIN COUNTY COMMON PLEAS
    :NO. 561 M.D. 2006

1. YOU are ORDERED to appear as a witness before the PENNSYLVANIA STATEWIDE INVESTIGATING GRAND JURY, Strawberry Square Building [Walnut Street], Verizon Towers, Eighth Floor, The Honorable G. Thomas Gates Memorial Grand Jury Courtroom, Harrisburg, Pennsylvania, on Friday, March 7, 2008, at 8:30 O'clock A.M. to testify and give evidence regarding alleged violations of the laws of the Commonwealth of Pennsylvania and to remain until excused.

2. YOU are further ORDERED: [SEE ATTACHMENT]

FAILURE to attend may cause a warrant to be issued for your arrest and will make you liable under penalty of law for contempt of Court.

DATED: February 25, 2008



_____
Hon. Harold A. Thomson, Jr.
*Supervising Judge*

If you have any questions about your appearance, contact Deputy Attorney General Frank Fina, at 717.787.6346.

Notice: 5      Subpoena: 1203      FSNOTES 001

COMMONWEALTH'S EXHIBIT 3

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY that the original subpoena was duly served on the person named herein on this _____ day of _____, 200\_\_\_ at _____ o'clock by handing the same to him/her personally at _____

NAME of person making service _____

TITLE of person making service _____

SIGNATURE _____

SWORN to and subscribed before me this \_\_\_\_\_ day of _____, 200\_\_.

_____
Notary Public

FSNOTES 002

## ATTACHMENT TO SUBPOENA NO. 1203

TO PRODUCE THE FOLLOWING:

All documents and/or records, whether stored electronically or in any other form, regarding and/or providing evidence or record of the campaign work performed by the below named individuals at any time between January 1, 2002 and the present, including but not limited to the name of the campaign, the location of the campaign work, the date of the campaign work, and any details of the campaign tasks performed. "Campaign Work" as utilized in this subpoena should not be interpreted as limited to work performed in a legislative district or an ongoing campaign. The phrase refers to any campaign work, performed in any location, designed to assist an actual or potential political campaign. The phrase specifically does not include work on the creation, formulation or contemplation of legislation. The phrase does include, but is not limited to, any work on: candidate research; opposition candidate research; voter surveys; voter polling; campaign ads; campaign strategies; campaign budgets; or campaign themes.

| | |
|---|---|
| Acor | Debbie |
| Albert | Pamela |
| Aliano | Anthony |
| Alwine | Dana |
| Anderson | Joy |
| Archibald | Robert |
| Armstrong | Esther |
| Aviles | Norma |
| Barder | Lynn |
| Barnacle | Carol |
| Bartley | Kimberly |
| Bentzel | Susan |
| Betz | Connie |
| Blikle | Kathleen |
| Book | Bonnie |
| Bossart | Amy |
| Boyer | Theresa |
| Boyle | Susan |
| Brothers | Linda |
| Brown | Barbara |
| Brown | Dianne |
| Brown | Mark |
| Brown | Melanie |
| Brown | Pamela |
| Bugaile | Eric |
| Burkholder | Susan |
| Bushnell, II | William |
| Carr | Mary |
| Carroll | Theresa |

FSNOTES 003

| | |
|---|---|
| Carver | Nancy |
| Cevasco | Heather |
| Cierebiej | Margaret |
| Clabaugh | Michelle |
| Clouser | Kathi |
| Cohick | Darrin |
| Conley | Marsha |
| Cooper, Jr. | Richard |
| Cotter | Winifred |
| Coyne | Donna |
| Croman | Melissa |
| Culp | Beth |
| Cutting | Carol |
| D'Innocenzo | Doris |
| Darby | Marion |
| Davis | Gary |
| Davis | Pamela |
| Deon | Lisa |
| Detweiler | Jamie |
| DiPietro | Barbara |
| Drabenstadt | Joanne |
| Dull | Stephen |
| Dumeyer | David |
| Duralja | Jennifer |
| Earhart | Sheila |
| Eaton | Stephen |
| Elia | Eleanor |
| Fassnacht | Janet |
| Filppone | Linda |
| Finnaren | Sarah |
| Fowler | Carol |
| Fry | Patricia |
| Galer | Shawne |
| Garrison | Rose |
| Geiger | Mary |
| Gibbs | Yvonne |
| Gob | Dawn |
| Godsey | Erica |
| Gomez | Kendall |
| Gould | Phyllis |
| Greenwood | Robert |
| Grell, II | Donald |
| Grove | Brian |
| Guida | Ralph |
| Gunderman | Karen |
| Hand | Paula |

FSNOTES 004

| | |
|---|---|
| Hanley, Jr. | John |
| Harless | Jerry |
| Harper | Sandra |
| Heckman | Karen |
| Henry | Patricia |
| Hess | Paula |
| Hetrick | Donna |
| Hoffman | Juanita |
| Horan | Maryann |
| Hostetter | Joan |
| Hunt | Joanne |
| Hussie | Edward |
| Janecko | Barbara |
| John, Jr. | David |
| Jones | Betty |
| Jones | Sharon |
| Kamman | Lynda |
| Kaster | Gale |
| Kauffman | Barbara |
| Kenley | Therese |
| Kistler | Susan |
| Knowles | Jerome |
| Koch | Lori |
| Krautheim | C. |
| Krick | Eileen |
| LaFaver | Ritchie |
| Lang | William |
| Laughlin, Jr. | William |
| Laut | Kathleen |
| Lieb, III | A. |
| Lindsey | Betsy |
| Linn, Sr. | Franklin |
| Lochetto | Lori Ann |
| Lochetto, Jr. | Frederick |
| Logan, Jr. | Herbert |
| Lorence | Albert |
| Lovendusky | Karen |
| Macut | Patricia |
| Malehorn | Susan |
| Markowski | Jeannine |
| May | Carolyn |
| May | Phillip |
| McAvoy, Jr. | Jerome |
| Menneely | Deborah |
| Miller | Harry |
| Miller | Joseph |

FSNOTES 005

| | |
|---|---|
| Miller | Randall |
| Mills | Marian |
| Murphy | Joseph |
| Myer, Jr. | Clarence |
| Nolan | Edward |
| Nye | Mary |
| O'Neil | Kimberly |
| Painter | John |
| Pancoe | Sandra |
| Pancoe | Stephen |
| Parker | Elaine |
| Pelletier | Maryanne |
| Preski | Brian |
| Pyne | Thomas |
| Rank | Sherri |
| Reddecliff | Carole |
| Reddecliff | David |
| Rhoads | Patricia |
| Rice | David |
| Rice | Linda |
| Richards | Julie |
| Romano | Eleanor |
| Rowe | Amy |
| Royer | Shannon |
| Runk | Bernadette |
| Rutter | Mary |
| Ryan | Mark |
| Sanna | Donna |
| Schaffner | Darlene |
| Schlegel-Culver | Lynda |
| Schwartz | Sharon |
| Scott | Jane |
| Sedesse | Judy |
| Segilia | Ann |
| Shatto | Jane |
| Shipman | Garth |
| Shutter | Barbara |
| Smith | Karen |
| Smyth | Jeannie |
| Sollenberger | Rebecca |
| Stokes | Samuel |
| Stuck | Suzanne |
| Stuck, Jr. | Robert |
| Swenson | Duaine |
| Taglang | Elizabeth |
| Taylor | William |

FSNOTES 006

| | |
|---|---|
| Tomaselli | William |
| Troutman | Mary |
| Tuckey | Stephen |
| Turner | Carol |
| Updyke | Lucinda |
| Vacca | Joseph |
| Warren | Michele |
| Warriner | Diane |
| Washington | Becky |
| Wentzel | Kathryn |
| Whitcomb | Jacqueline |
| Wilkinson | Gail |
| Willis | Barry |
| Zimmerman | John |
| Zubeck, Jr. | John |

FSNOTES.007