| COMMONWEALTH OF PENNSYLVANIA | | **POLICE CRIMINAL COMPLAINT** |
|---|---|---|
| COUNTY OF: Dauphin | | COMMONWEALTH OF PENNSYLVANIA |
| Magisterial District Number: 12-3-03 | | VS. |
| MDJ: Hon. William C. Wenner | DEFENDANT: | (NAME and ADDRESS): |
| Address: 1st Floor, Suite B, 5925 Stevenson Avenue Harrisburg, PA 17112 | John   Richard   Zimmerman | |
| | First Name   Middle Name   Last Name   Gen. | |
| Telephone: (717)545-0261 | 462 Roslaire Drive Hummelstown, PA 17036 | |

### NCIC Extradition Code Type

- ☐ 1-Felony Full
- ☐ 4-Felony No Ext.
- ☐ B-Misdemeanor Limited
- ☐ E-Misdemeanor Pending
- ☐ 2-Felony Ltd.
- ☐ 5-Felony Pend.
- ☐ C-Misdemeanor Surrounding States
- ☐ 3-Felony Surrounding States
- ☐ A-Misdemeanor Full
- ☐ D-Misdemeanor No Extradition
- ☐ Distance: _____

### DEFENDANT IDENTIFICATION INFORMATION

| RACE | ETHNICITY | Docket Number CR-392-09 | Date Filed 11/12/09 | OTN/LiveScan Number K788045-0 | Complaint/Incident Number 36-553 |
|---|---|---|---|---|---|
| ☒ White | ☐ Hispanic | | | | |
| ☐ Asian | ☐ Non-Hispanic | DOB 12/09/1947 | POB | | **RECEIVED** Clerk of Courts |
| ☐ Black | ☐ Unknown | Add'l DOB / / | SSN 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 | Add'l SSN - - | Dauphin County Court of Common Pleas |
| ☐ Native American ☐ Unknown | **GENDER** ☒ Male ☐ Female | First Name   Middle Name   Last Name   Gen. AKA | | | **MAY 2 8 2010** |

#2524 CR 2010

| SID: | HAIR COLOR | ☒ GRY (Gray) | ☐ RED (Red/Aubn.) | EYE COLOR | | |
|---|---|---|---|---|---|---|
| Request Lab Services? ☐ YES ☐ NO | ☐ BLK (Black) | ☐ ONG (Orange) | ☐ BLN (Blonde / Strawberry) | ☐ GRN (Green) | ☐ PNK (Pink) | |
| | ☐ BLU (Blue) | ☐ PLE (Purple) | ☐ WHI (White) | ☐ BLK (Black) | ☐ GRY (Gray) | ☐ MUL (Multicolored) |
| | ☐ BRO (Brown) | ☐ PNK (Pink) | ☐ XXX (Unk./Bald) | ☒ BLU (Blue) | ☐ HAZ (Hazel) | |
| | ☐ GRN (Green) | ☐ SDY (Sandy) | | ☐ BRO (Brown) | ☐ MAR (Maroon) | ☒ XXX (Unknown) |

| Driver License | State PA | License Number 19415913 | Expires: 12/10/2013 | WEIGHT (lbs.) |
|---|---|---|---|---|
| DNA | ☐ YES ☐ NO | DNA Location | | |
| FBI Number | | MNU Number | | Ft. HEIGHT In. |
| Fingerprint Classification: | | | | 6   1 |

### DEFENDANT VEHICLE INFORMATION

| Plate # | State | Hazmat ☐ | Registration Sticker (MM/YY) / | Comm'l Veh. Ind. ☐ | School Veh. ☐ | Oth. NCIC Veh. Code |
|---|---|---|---|---|---|---|
| VIN | | Year | Make | Model | Style | Color |

Office of the attorney for the Commonwealth   ☒ Approved   ☐ Disapproved because: _____

(The attorney for the Commonwealth may require that the complaint, arrest warrant affidavit, or both be approved by the attorney for the Commonwealth prior to filing. See Pa.R.Crim.P. 507).

CDAG Frank G. Fina _____   _[signature]_   11/12/2009
(Name of the attorney for the Commonwealth)   (Signature of the attorney for the Commonwealth)   (Date)

---

I, Special Agent Anthony J. Fiore _____   #131
(Name of the Affiant)   (PSP/MPOETC -Assigned Affiant ID Number & Badge #

of the Pennsylvania Office of Attorney General   PA065015A
(Identify Department or Agency Represented and Political Subdivision)   (Police Agency ORI Number)

do hereby state: (check appropriate box)

1. ☒ I accuse the above named defendant who lives at the address set forth above
   ☐ I accuse the defendant whose name is unknown to me but who is described as _____

   ☐ I accuse the defendant whose name and popular designation or nickname are unknown to me and whom I have therefore designated as John Doe or Jane Doe

   with violating the penal laws of the Commonwealth of Pennsylvania at   [301]   Harrisburg City
                                                                            (Subdivision Code)   (Place-Political Subdivision)

   in Dauphin County   [22]   on or about Dates set forth in the attached affidavit
                        (County Code)

AOPC 412A — Rev. 13/05   Page 1 of __



# POLICE CRIMINAL COMPLAINT

| Docket Number: CR.392-09 | Date Filed: 11/12/2009 | OTN/LiveScan Number K788095-0 | Complaint/Incident Number 36-553 |
|---|---|---|---|
| Defendant Name | First: John | Middle: Richard | Last: Zimmerman |

2. I ask that a warrant of arrest or a summons be issued and that the defendant be required to answer the charges I have made.

3. I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 PA.C.S. §4904) relating to unsworn falsification to authorities.

4. This complaint is comprised of the preceding Page, as well as the attached pages that follow, numbered ___ through ___, specifying offenses and Participants, if any.

The acts committed by the accused, as listed and hereafter, were against the peace and dignity of the Commonwealth of Pennsylvania and were contrary to the Act(s) of the Assembly, or in violation of the statutes cited.
**(Before a warrant of arrest can be issued, an affidavit of probable cause must be completed, sworn to before the issuing authority, and attached.)**

_____  Nov. 12, 2009        _Anthony J. Frose_ #131
                         (Date)                         (Signature of Affiant)

AND NOW, on this date  November 12, 2009  I certify that the complaint has been properly completed and verified.

An affidavit of probable cause must be completed before a warrant can be issued.

_____    _____
(Magisterial District Court Number)   (Issuing Authority)

# POLICE CRIMINAL COMPLAINT

| Docket Number: CR-392-09 | Date Filed: 1/14/09 | OTN/LiveScan Number K788095-0 | Complaint/Incident Number 36-553 |
|---|---|---|---|
| **Defendant Name** | First: John | Middle: Richard | Last: Zimmerman |

The acts committed by the accused are described below with each Act of Assembly or statute violated, if appropriate:
(Set forth a *brief* summary of the facts sufficient to advise the defendant of the nature of the offense(s) charged. A citation to the statute(s) violated, without more, is not sufficient. In a summary case, you must cite the specific section(s) and subsection(s) of the statute(s) or ordinance(s) allegedly violated.)

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | Conspiracy 18 903 | ☐ A1 (Engaging) | ☐ A2 (Aiding) | ☐ B (Knowledge) | ☐ Permitting (Title 75 Only) 75 1575 A |
|---|---|---|---|---|---|---|---|

| Lead? | Offense# | Section | Subsection | of the | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | 1 | 5105 | (a) | of the | Title 18 | 1 | F3 | | |

| PennDOT Data (if applicable) | Accident Number | | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|

Statute Description/Acts of the accused associated with this Offense:

SEE ATTACHED


| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | Conspiracy 18 903 | ☐ A1 (Engaging) | ☐ A2 (Aiding) | ☐ B (Knowledge) | ☐ Permitting (Title 75 Only) 75 1575 A |
|---|---|---|---|---|---|---|---|

| Lead? | Offense# | Section | Subsection | of the | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 2 | 5101 | | of the | Title 18 | 1 | M2 | | |

| PennDOT Data (if applicable) | Accident Number | | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|

Statute Description/Acts of the accused associated with this Offense:

SEE ATTACHED


| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | Conspiracy 18 903 | ☒ A1 (Engaging) | ☒ A2 (Aiding) | ☒ B (Knowledge) | ☐ Permitting (Title 75 Only) 75 1575 A |
|---|---|---|---|---|---|---|---|

| Lead? | Offense# | Section | Subsection | of the | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 3 | 5105 | | of the | Title 18 | 1 | F3 | | |

| PennDOT Data (if applicable) | Accident Number | | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|

Statute Description/Acts of the accused associated with this Offense:

SEE ATTACHED

<a



# POLICE CRIMINAL COMPLAINT

| Docket Number: CR 392-09 | Date Filed: 11/12/2009 | OTN/LiveScan Number K788095-0 | Complaint/Incident Number 36-553 |
|---|---|---|---|
| Defendant Name | First: John | Middle: R. | Last: Zimmerman |

The acts committed by the accused are described below with each Act of Assembly or statute violated, if appropriate :
(Set forth a *brief* summary of the facts sufficient to advise the defendant of the nature of the offense(s) charged. A citation to the statute(s) violated, without more, is not sufficient. In a summary case, you must cite the specific section(s) and subsection(s) of the statute(s) or ordinance(s) allegedly violated.)

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | Conspiracy 18 903 | ☒ A1 (Engaging) | ☒ A2 (Aiding) | ☒ B (Knowledge) | ☐ Permitting (Title 75 Only) 75 1575 A |
|---|---|---|---|---|---|---|---|

| ☐ | 4 | 5101 | | of the | Title 18 | 1 | M2 | | |
|---|---|---|---|---|---|---|---|---|---|
| Lead? | Offense# | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |

| PennDOT Data (if applicable) | Accident Number | | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|

Statute Description/Acts of the accused associated with this Offense:

SEE ATTACHED


| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | Conspiracy 18 903 | ☐ A1 (Engaging) | ☐ A2 (Aiding) | ☐ B (Knowledge) | ☐ Permitting (Title 75 Only) 75 1575 A |
|---|---|---|---|---|---|---|---|

| ☐ | | | | of the | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Lead? | Offense# | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |

| PennDOT Data (if applicable) | Accident Number | | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|

Statute Description/Acts of the accused associated with this Offense:


| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | Conspiracy 18 903 | ☐ A1 (Engaging) | ☐ A2 (Aiding) | ☐ B (Knowledge) | ☐ Permitting (Title 75 Only) 75 1575 A |
|---|---|---|---|---|---|---|---|

| ☐ | | | | of the | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Lead? | Offense# | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |

| PennDOT Data (if applicable) | Accident Number | | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|

Statute Description/Acts of the accused associated with this Offense:

POLICE CRIMINAL COMPLAINT
ATTACHMENT

JOHN R. ZIMMERMAN

**COUNT 1: HINDERING APPREHENSION OR PROSECUTION**
(18 Pa.C.S. § 5105 – (Felony of the third degree))
MAXIMUM SENTENCE: 7 YEARS INCARCERATION, $15,000 FINE.

A person commits an offense if, with intent to hinder the apprehension, prosecution, conviction or punishment of another for crime he provides or aids in other means of avoiding apprehension or conceals or destroys evidence of the crime, or tampers with a witness, informant, document or other source of information, regardless of its admissibility in evidence or warns the other of impending discovery or provides false information to a law enforcement officer.

TO WIT:
On or about diverse dates between February 25-29, 2008, in Dauphin County, Pennsylvania, the above named defendant, while employed by the Commonwealth of Pennsylvania, intentionally hindered prosecution by concealing or destroying evidence of a crime by having boxes which were the subject of at least one statewide investigating grand jury subpoena moved from their original location to the Speaker Emeritus office area in the State Capitol, then having those boxes moved to the House Republican Campaign Committee offices or otherwise hidden from discovery by the grand jury, thereby committing the offense of Hindering apprehension or prosecution.

**COUNT 2: OBSTRUCTING ADMINISTRATION OF LAW OR OTHER GOVERNMENTAL FUNCTION**
(18 Pa.C.S. § 5101 – (Misdemeanor of the second degree))
MAXIMUM SENTENCE: 2 YEARS INCARCERATION, $5,000 FINE.

A person commits a misdemeanor of the second degree if he intentionally obstructs, impairs or perverts the administration of law or other governmental function by force, violence, physical interference or obstacle, breach of official duty, or any other unlawful act, except that this section does not apply to flight by a person charged with crime, refusal to submit to arrest, failure to perform a legal duty other than an official duty, or any other means of avoiding compliance with law without affirmative interference with governmental functions.

TO WIT:
On or about diverse dates between February 25-29, 2008, in Dauphin County, Pennsylvania, the above named defendant, while employed by the Commonwealth of Pennsylvania, intentionally obstructed, impaired or perverted the administration of law by having boxes which were the subject of at least one statewide investigating grand jury subpoena moved from their original location to the Speaker Emeritus office area in the State Capitol, then having those boxes moved to the House Republican Campaign Committee offices or otherwise hidden from discovery by the grand jury, thereby committing the offense of Obstructing administration of law or other governmental function.

POLICE CRIMINAL COMPLAINT
ATTACHMENT

JOHN R. ZIMMERMAN

**COUNT 3: CRIMINAL CONSPIRACY (HINDERING APPREHENSION OR PROSECUTION)**
(18 Pa.C.S. § 903 – (Felony of the third degree))
MAXIMUM SENTENCE: 7 YEARS INCARCERATION, $15,000 FINE.

A person is guilty of conspiracy with another person or persons to commit a crime if with the intent of promoting or facilitating its commission he agrees with such other person or persons that they or one or more of them will engage in conduct which constitutes such crime or an attempt or solicitation to commit such crime or agrees to aid such other person or persons in the planning or commission of such crime or of an attempt or solicitation to commit such crime, and at least one person commits an overt act in furtherance of the conspiracy.

TO WIT: On or about diverse dates between February 25-29, 2008, in Dauphin County, Pennsylvania, the above named defendant agreed with Brett O. Feese and/or John M. Perzel and/or Paul E. Towhey and/or other individuals to intentionally hinder prosecution by concealing or destroying evidence of a crime by having boxes which were the subject of at least one statewide investigating grand jury subpoena moved from their original location to his Speaker Emeritus office area in the State Capitol, then having those boxes moved to the House Republican Campaign Committee offices or otherwise hidden from discovery by the grand jury, thereby committing the offense of Criminal conspiracy.

**COUNT 4: CRIMINAL CONSPIRACY (OBSTRUCING ADMINISTRATION OF LAW OR OTHER GOVERNMENTAL FUNCTION)**
(18 Pa.C.S. § 903 – (Misdemeanor of the second degree))
MAXIMUM SENTENCE: 2 YEARS INCARCERATION, $5,000 FINE.

A person is guilty of conspiracy with another person or persons to commit a crime if with the intent of promoting or facilitating its commission he agrees with such other person or persons that they or one or more of them will engage in conduct which constitutes such crime or an attempt or solicitation to commit such crime or agrees to aid such other person or persons in the planning or commission of such crime or of an attempt or solicitation to commit such crime, and at least one person commits an overt act in furtherance of the conspiracy.

TO WIT: On or about diverse dates between February 25-29, 2008, in Dauphin County, Pennsylvania, the above named defendant agreed with Brett O. Feese and/or John M. Perzel and/or Paul E. Towhey and/or other individuals to intentionally obstruct the administration of law by concealing or destroying evidence of a crime by having boxes which were the subject of at least one statewide investigating grand jury subpoena moved from their original location to his Speaker Emeritus office area in the State Capitol, then having those boxes moved to the House Republican Campaign Committee offices or otherwise hidden from discovery by the grand jury, thereby committing the offense of Criminal conspiracy.