| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : IN THE COURT OF COMMON PLEAS<br>  OF<br>: DAUPHIN COUNTY, PENNSYLVANIA |
| V. | : |
| ELMER L. BOWMAN | : No. 63 MD 2010 |
| BRETT O. FEESE | : No. 65 MD 2010 |
| DONALD H. McCLINTOCK | : No. 66 MD 2010 |
| JOHN M. PERZEL | : No. 64 MD 2010 |
| BRIAN J. PRESKI | : No. 62 MD 2010 |
| ERIC S. RUTH | : No. 69 MD 2010 |
| JILL A. SEAMAN | : No. 68 MD 2010 |
| SAMUEL C. "BUZZ" STOKES | : No. 67 MD 2010 |
| PAUL E. TOWHEY | : No. 70 MD 2010 |
| JOHN R. ZIMMERMAN | : No. 61 MD 2010 |

TRANSCRIPT OF PROCEEDINGS

PRELIMINARY HEARING

VOLUME II

BEFORE: HONORABLE WILLIAM C. WENNER

DATE: TUESDAY, MAY 25, 2010

PLACE: COURTROOM NO. 1
DAUPHIN COUNTY COURTHOUSE
HARRISBURG, PENNSYLVANIA

DAUPHIN COUNTY COURT REPORTERS

1  Removed or hidden, when he participates
2  in it with this phone call on the 26th and then
3  when he either adds to or compounds the crimes
4  he's already committed by furthering the
5  conspiracy and furthering his crimes by lying
6  about it, the jury deserves to hear this evidence
7  because we presented enough for them to hear it.
8  THE COURT: All right. With respect to
9  the charges against Mr. Zimmerman, I'm going to
10 hold the list of charges for the Court of Common
11 Pleas. I believe the Commonwealth has met a
12 prima facie burden.
13  (Proceedings concluded at 3:59 p.m.)
14
15
16
17
18
19
20
21
22
23
24
25

DAUPHIN COUNTY COURT REPORTERS