# Appendix B

CLOSED,ENE

# U.S. District Court
## Western District of Pennsylvania (Pittsburgh)
## CIVIL DOCKET FOR CASE #: 2:09-cv-01485-AJS

| | |
|---|---|
| VECCHIO v. PENNSYLVANIA DEPARTMENT OF REVENUE et al | Date Filed: 11/06/2009 |
| Assigned to: Arthur J. Schwab | Date Terminated: 08/20/2010 |
| Cause: 42:1983 Civil Rights (Employment Discrimination) | Jury Demand: Both |
| | Nature of Suit: 442 Civil Rights: Jobs |
| | Jurisdiction: Federal Question |

**Plaintiff**

**ERIN VECCHIO**                          represented by **Colleen Ramage Johnston**
Johnston Lykos, LLC
525 William Penn Place
28th Floor
Pittsburgh, PA 15219
412-325-7701
Fax: 412-325-7755
Email: cjohnston@johnstonlykos.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nikki Velisaris Lykos**
Johnston Lykos, LLC
525 William Penn Place
28th Floor
Pittsburgh, PA 15219
412-325-7702
Fax: 412-325-7755
Email: nlykos@johnstonlykos.law
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**PENNSYLVANIA DEPARTMENT**          represented by **Tracey A. Wilson**
**OF REVENUE**                                          Office of the Attorney General
*TERMINATED: 03/04/2010*                        564 Forbes Avenue
6th Floor, Manor Complex
Pittsburgh, PA 15219
(412) 880-0464
Email: twilson@attorneygeneral.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ANTHONY M. DELUCA**
*in his individual capacity*

represented by **David V. Vitale**
Pennsylvania House of Representatives
618A Main Capitol Building
Harrisburg, PA 17120-2020
(717) 783-1006
Fax: 717-772-3630
Email: dvitale@pahouse.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas P. McGinnis**
Thomas, Thomas & Hafer, LLP
525 William Penn Place
37th Floor, Suite 3750
Pittsburgh, PA 15219
(412) 697-7403
Fax: 412-697-7407
Email: tmcginnis@tthlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erik R. Anderson**
604 Main Capitol Building
Harrisburg, PA 17120
717.787.3002
Email: eanderson@pahouse.net
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Karin M. Romano**
Thomas, Thomas & Hafer
525 William Penn Place
37th Floor, Suite 3750
Pittsburgh, PA 15219
(412) 697-7403
Fax: (412) 697-7407
Email: kgalbraith@tthlaw.com
*ATTORNEY TO BE NOTICED*

**Lee Ann H. Murray**
Office of Chief Counsel, House of
Representatives, Democrati
620 Main Capitol Building
P.O. Box 202116
Harrisburg, PA 17120-2116
717-787-3002
Fax: 717-787-3630

Email: lmurray@pahouse.net
*TERMINATED: 06/29/2010*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Susan E. Schwab**
604 Main Capitol Building
Harrisburg, PA 17120
717-787-3002
Fax: 717-772-3630
Email: sschwab@pahouse.net
*ATTORNEY TO BE NOTICED*

**Defendant**

**STEVEN H. STETLER**
*in his individual capacity*

represented by  **Brian P. Gabriel**
Campbell Durrant Beatty Palombo &
Miller, P.C.
535 Smithfield Street
Suite 700
Pittsburgh, PA 15222
412-395-1267
Fax: 412-395-1291
Email: bgabriel@cdblaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth D. Henderson**
Pennsylvania Department of Revenue
Department 281061
Room 1032, Strawberry Square
Fourth and Walnut Streets
Harrisburg, PA 17101-1061
(717) 783-3676
Fax: (717) 772-1459
Email: khenderson@state.pa.us
*TERMINATED: 03/15/2010*
*LEAD ATTORNEY*

V.

**Respondent**

**FEDERAL BUREAU OF
INVESTIGATION**

represented by  **Albert W. Schollaert**
United States Attorney's Office
700 Grant Street
Suite 400
Pittsburgh, PA 15219
(412) 644 3500
Email: albert.schollaert@usdoj.gov

*TERMINATED: 06/04/2010*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**PENNSYLVANIA OFFICE OF**              represented by   **Amy Zapp**
**ATTORNEY GENERAL**                                    Office of Attorney General
                                                        16th Floor, Strawberry Square
                                                        Harrisburg, PA 17120
                                                        (717) 705-4487
                                                        Email: azapp@attorneygeneral.gov
                                                        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/06/2009 | 1 | COMPLAINT against PENNSYLVANIA DEPARTMENT OF REVENUE, ANTHONY M. DELUCA (Filing fee $350, receipt number 1422231), filed by ERIN VECCHIO. (Attachments: # 1 Civil Cover Sheet) (plh) (Entered: 11/06/2009) |
| 11/12/2009 | 2 | NOTICE that instant civil action has been designated for placement into the United States District Court's Alternative Dispute Resolution program. Parties are directed to fully complete the required 26(f) report, which includes the stipulation of selecting an ADR process. Counsel for plaintiff (or in the case of a removal action, counsel for removing defendant) shall make service of the notice on all parties. (ms) (Entered: 11/12/2009) |
| 11/20/2009 | 3 | NOTICE of Appearance by David V. Vitale on behalf of ANTHONY M. DELUCA. (Vitale, David) (Entered: 11/20/2009) |
| 11/23/2009 | 4 | WAIVER OF SERVICE Returned Executed by ERIN VECCHIO. ANTHONY M. DELUCA waiver sent on 11/10/2009, answer due 1/11/2010. (Johnston, Colleen) (Entered: 11/23/2009) |
| 11/30/2009 | 5 | NOTICE of Appearance by Tracey A. Wilson on behalf of PENNSYLVANIA DEPARTMENT OF REVENUE. (Wilson, Tracey) (Entered: 11/30/2009) |
| 12/02/2009 | 6 | WAIVER OF SERVICE Returned Executed by ERIN VECCHIO. PENNSYLVANIA DEPARTMENT OF REVENUE waiver sent on 11/10/2009, answer due 1/11/2010. (Johnston, Colleen) (Entered: 12/02/2009) |
| 12/02/2009 | 7 | ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE: The Defendants shall Answer or otherwise plead on or before 01/11/10. Rule 26 Meeting Report, Proposed Case Management Order, and ADR Stipulation due by 01/19/10. Case Management Conference set for 02/03/10 at 9:15 AM before Arthur J. Schwab. Signed by Judge Arthur J. Schwab on 12/02/09. (eca) (Entered: 12/02/2009) |
| 12/03/2009 | 8 | First MOTION for attorney Lee Ann H. Murray to Appear Pro Hac Vice, (Filing fee $40, Receipt # 03150000000001446888) by ANTHONY M. |

| | | |
|---|---|---|
| | | DELUCA. (Attachments: # 1 Pro Hac Vice Motion, # 2 Affidavit Support of Pro Hac Vice Motion, # 3 Proposed Order) (Vitale, David) Modified on 12/4/2009. (plh) (Entered: 12/03/2009) |
| 12/04/2009 | 9 | ORDER granting 8 Motion for Lee Ann H. Murray to Appear Pro Hac Vice. Signed by Judge Arthur J. Schwab on 12/04/09. (eca) (Entered: 12/04/2009) |
| 12/08/2009 | 10 | First MOTION for attorney Susan E. Schwab to Appear Pro Hac Vice, (Filing fee $40, Receipt # 03150000000001451715) by ANTHONY M. DELUCA. (Attachments: # 1 Affidavit, # 2 Proposed Order) (Vitale, David) (Entered: 12/08/2009) |
| 12/09/2009 | 11 | ORDER granting 10 Motion for Susan E. Schwab to Appear Pro Hac Vice. Signed by Judge Arthur J. Schwab on 12/09/09. (eca) (Entered: 12/09/2009) |
| 01/11/2010 | 12 | MOTION to Dismiss re 1 Complaint by PENNSYLVANIA DEPARTMENT OF REVENUE. (Attachments: # 1 Proposed Order) (Wilson, Tracey) (Entered: 01/11/2010) |
| 01/11/2010 | 13 | BRIEF in Support re 12 Motion to Dismiss filed by PENNSYLVANIA DEPARTMENT OF REVENUE. (Wilson, Tracey) (Entered: 01/11/2010) |
| 01/11/2010 | 14 | MOTION to Dismiss re 1 Complaint by ANTHONY M. DELUCA. (Attachments: # 1 Proposed Order) (Vitale, David) (Entered: 01/11/2010) |
| 01/11/2010 | 15 | BRIEF in Support re 14 Motion to Dismiss filed by ANTHONY M. DELUCA. (Attachments: # 1 Exhibit) (Vitale, David) (Entered: 01/11/2010) |
| 01/12/2010 | | CLERK'S OFFICE QUALITY CONTROL MESSAGE re 14 Motion to Dismiss, 15 Brief in Support of Motion. ERROR: Signature on document and filer do not match. CORRECTION: Attorney advised of signature requirements. Attorney to resubmit the document using the Errata event. This message is for informational purposes only. CLERK'S OFFICE QUALITY CONTROL MESSAGE. ERROR as MULTIPLE Relief Motion Filed as One Relief. CORRECTION: Attorney advised in future that Motions of this nature are to be filed using the Motion Event and clicking on all the reliefs sought in said motion. Clerk of Court docketed Motion for a More Definite Statement. This message is for informational purposes only. (plh) (Entered: 01/12/2010) |
| 01/12/2010 | 16 | Errata re 14 Motion to Dismiss by ANTHONY M. DELUCA. Reason for Correction: Filer and signature did not match.. (Attachments: # 1 Proposed Order) (Vitale, David) (Entered: 01/12/2010) |
| 01/12/2010 | 17 | Errata re 15 Brief in Support of Motion by ANTHONY M. DELUCA. Reason for Correction: Filer and signature did not match.. (Attachments: # 1 Exhibit) (Vitale, David) (Entered: 01/12/2010) |
| 01/12/2010 | | ORDER Response/Briefing Schedule re 13 Brief in Support of Motion, 14 Motion to Dismiss, 12 Motion to Dismiss, 15 Brief in Support of Motion Brief in Opposition due by 1/26/2010 Response to Motion due by 1/26/2010. Signed by Judge Arthur J. Schwab on 01/12/10. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on |

| | | the matter. (mjl) (Entered: 01/12/2010) |
|---|---|---|
| 01/12/2010 | | w/ 14 MOTION for More Definite Statement by ANTHONY M. DELUCA. (plh) (Entered: 01/13/2010) |
| 01/13/2010 | | CLERK'S OFFICE QUALITY CONTROL MESSAGE re 16 Errata. ERROR: MULTIPLE Relief Motion Filed as One Relief. CORRECTION: Attorney advised in future that Motions of this nature are to be filed using the Motion Event and clicking on all the reliefs sought in said motion. Clerk of Court docketed Motion for a More Definite Statement. This message is for informational purposes only. (plh) (Entered: 01/13/2010) |
| 01/19/2010 | 18 | NOTICE of Appearance by Nikki Velisaris Lykos on behalf of ERIN VECCHIO. (Lykos, Nikki) (Entered: 01/19/2010) |
| 01/19/2010 | 19 | REPORT of Rule 26(f) Planning Meeting. (Attachments: # 1 Proposed Order) (Johnston, Colleen) (Entered: 01/19/2010) |
| 01/19/2010 | 20 | STIPULATION selecting ADR process by ERIN VECCHIO (Johnston, Colleen) (Entered: 01/19/2010) |
| 01/25/2010 | 21 | MOTION for Leave to File Amended Complaint by ERIN VECCHIO. (Attachments: # 1 Exhibit 1, # 2 Proposed Order) (Johnston, Colleen) (Entered: 01/25/2010) |
| 01/26/2010 | 22 | ORDER granting 21 Motion for Leave to File Amended Complaint. Amended Complaint due by 1/27/2010. Signed by Judge Arthur J. Schwab on 01/25/10. (eca) (Entered: 01/26/2010) |
| 01/26/2010 | 23 | First AMENDED COMPLAINT against ANTHONY M. DELUCA, PENNSYLVANIA DEPARTMENT OF REVENUE, STEVEN H. STETLER answer due 2/9/2010, filed by ERIN VECCHIO. (Johnston, Colleen) (Entered: 01/26/2010) |
| 01/26/2010 | 24 | First MOTION for attorney Erik R. Anderson to Appear Pro Hac Vice, (Filing fee $40, Receipt # 0315-1497438) by ANTHONY M. DELUCA. (Attachments: # 1 Affidavit, # 2 Proposed Order) (Vitale, David) (Entered: 01/26/2010) |
| 01/27/2010 | | ORDER granting 24 Motion for Erik R. Anderson to Appear Pro Hac Vice. Attorney Anderson added. Signed by Judge Arthur J. Schwab on 01/27/10. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (eca) (Entered: 01/27/2010) |
| 01/27/2010 | | ORDER denying as moot 12 Motion to Dismiss and 14 Motion to Dismiss, in light of the filing of 23 Amended Complaint. Signed by Judge Arthur J. Schwab on 01/27/10. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (eca) (Entered: 01/27/2010) |
| 01/27/2010 | | Summons Issued as to *STEVEN H. STETLER* (mjl) (Entered: 01/27/2010) |
| 02/02/2010 | | ORDER Striking 19 Report of Rule 26(f) Planning Meeting and Proposed |

| | | Case Management Order. Counsel are directed to confer forthwith with regard to discovery end dates, and to file, on or before 2/3/10 at 8:00 a.m., an Amended Rule 26(f) Report and Proposed Case Management Order conforming to this Court's scheduling order 7, which states that the written report required by Fed.R.Civ.P. 26(f)and LAR 16.1.1B shall be completed "excluding question 12", and that the proposed case management order shall be completed in accordance with this Court's practices and procedures, which do not contemplate a post-discovery status conference. Signed by Judge Arthur J. Schwab on 2/02/10. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (mjl) (Entered: 02/02/2010) |
|---|---|---|
| 02/02/2010 | 25 | REPORT of Rule 26(f) Planning Meeting. (Johnston, Colleen) (Entered: 02/02/2010) |
| 02/02/2010 | 26 | Proposed Case Management Order by ERIN VECCHIO. (Johnston, Colleen) (Entered: 02/02/2010) |
| 02/03/2010 | 27 | Notice of Mediation by ERIN VECCHIO. Mediation Date 02/22/2010 9:00 a.m. (Johnston, Colleen) (Entered: 02/03/2010) |
| 02/03/2010 | | Minute Entry for proceedings held before Judge Arthur J. Schwab: Case Management Conference held on 2/3/2010. Case Management and Pretrial Orders issued. Parties agreed to mediate before Susan Malie, followed by Mediation. Discussed pre-mediation/ENE discovery. Text-only entry; no PDF document will issue. This text-only entry constitutes the Court's order or notice on the matter. (Court Reporter: S. Hall) (ms) (Entered: 02/03/2010) |
| 02/03/2010 | 28 | CASE MANAGEMENT ORDER: Exchange of required Rule 26(a)(1) information due by 2/17/2010; Amended Pleadings due by 3/5/2010; Discovery due by 8/2/2010; Plaintiffs Expert Reports due by 6/18/2010; Defendant Expert Reports due by 7/17/2010; Expert Depositions to be completed by 8/2/2010; Summary Judgment due by 8/22/2010; Response to Summary Judgment due by 9/1/2010; Willingness to proceed before Magistrate Judge due by 3/5/2010. Signed by Judge Arthur J. Schwab on 2/3/10. (ms) (Entered: 02/03/2010) |
| 02/03/2010 | 29 | PRETRIAL ORDER: Plaintiff witness list due by 10/1/2010; Defendant Witness list due by 10/11/2010; Proposed Voir Dire by 10/15/2010; Points for Charge due by 10/15/2010; Proposed Verdict Slips due by 10/15/2010; Stipulation due by 10/15/2010; Motions in Limine due by 10/13/2010; Response to Motions in Limine due by 10/18/2010; Jury Trial set for 11/15/2010 at 9:00 AM in Courtroom 7C before Judge Arthur J. Schwab; Pretrial Conference set for 11/5/2010 at 8:30 AM in Courtroom 7C before Judgew Arthur J. Schwab; Preliminary Pretrial Conference with Law Clerk set for 10/29/2010 at 10:00 AM in Courtroom 7C. Signed by Judge Arthur J. Schwab on 2/3/10. (ms) (Entered: 02/03/2010) |
| 02/03/2010 | 30 | ORDER REFERRING CASE to Early Neutral Evaluation, followed by Mediation. Susan Malie is appointed as an early neutral evaluator. Early neutral evaluation/mediation shall occur by 4/5/10. Signed by Judge Arthur J. |

| | | Schwab on 2/3/10. (ms) (Entered: 02/03/2010) |
|---|---|---|
| 02/09/2010 | 31 | ANSWER to 23 Amended Complaint by ANTHONY M. DELUCA. (Vitale, David) (Entered: 02/09/2010) |
| 02/09/2010 | 32 | ANSWER to 23 Amended Complaint by PENNSYLVANIA DEPARTMENT OF REVENUE. (Wilson, Tracey) (Entered: 02/09/2010) |
| 02/17/2010 | 33 | AMENDED re: 32 Answer to Amended Complaint by PENNSYLVANIA DEPARTMENT OF REVENUE. (Wilson, Tracey) Modified on 2/18/2010 (plh). (Entered: 02/17/2010) |
| 02/18/2010 | | CLERK'S OFFICE QUALITY CONTROL MESSAGE re 33 Answer to Complaint. ERROR: Document incorrectly linked. CORRECTION: Linked to appropriate document. This message is for informational purposes only. (plh) (Entered: 02/18/2010) |
| 02/24/2010 | 34 | MOTION for Judgment on the Pleadings by PENNSYLVANIA DEPARTMENT OF REVENUE. (Attachments: # 1 Proposed Order) (Wilson, Tracey) (Entered: 02/24/2010) |
| 02/24/2010 | 35 | BRIEF in Support re 34 Motion for Judgment on the Pleadings filed by PENNSYLVANIA DEPARTMENT OF REVENUE. (Wilson, Tracey) (Entered: 02/24/2010) |
| 02/24/2010 | 36 | MOTION for Extension of Time to File Answer re 23 Amended Complaint filed by ERIN VECCHIO by STEVEN H. STETLER. (Attachments: # 1 Proposed Order) (Henderson, Kenneth) (Entered: 02/24/2010) |
| 02/25/2010 | | ORDER SETTING DEADLINE FOR RESPONSES to 34 Motion for Judgment on the Pleadings and 36 Motion for Extension of Time to File Answer. Responses to these Motions due by 3/4/2010 at NOON. Signed by Judge Arthur J. Schwab on 02/25/10. Text-only entry. No PDF document will issue. This constitutes the Court's only notice on the matter. (eca) (Entered: 02/25/2010) |
| 02/25/2010 | 37 | CERTIFICATE OF SERVICE by STEVEN H. STETLER re 36 Motion for Extension of Time to File Answer. (Henderson, Kenneth) (Entered: 02/25/2010) |
| 02/26/2010 | | CLERK'S OFFICE QUALITY CONTROL MESSAGE re 37 Certificate of Service. ERROR: Certificate of Service. CORRECTION: Attorney advised that in future Certificate of Service, if filed at all, are to be made part of the main document. This message is for informational purposes only. (plh) (Entered: 02/26/2010) |
| 02/26/2010 | 38 | MOTION for Leave to File Under Seal Motion To Disclose by ERIN VECCHIO. (Attachments: # 1 Proposed Order) (Johnston, Colleen) Modified on 3/1/2010 (plh). (Entered: 02/26/2010) |
| 03/01/2010 | | ORDER SETTING DEADLINE FOR RESPONE to 38 Motion for Leave to File. Response to Motion due by 3/8/2010. Signed by Judge Arthur J. Schwab on 03/01/10. Text-only entry; no PDF document will issue. This text-only |

| | | entry constitutes the Order of the Court or Notice on the matter. (eca) (Entered: 03/01/2010) |
|---|---|---|
| 03/02/2010 | 39 | RESPONSE to Motion re 36 Motion for Extension of Time to File Answer filed by ANTHONY M. DELUCA. (Vitale, David) (Entered: 03/02/2010) |
| 03/02/2010 | 40 | NOTICE of Appearance by Brian P. Gabriel on behalf of STEVEN H. STETLER. (Gabriel, Brian) (Entered: 03/02/2010) |
| 03/02/2010 | 41 | RESPONSE to Motion re 36 Motion for Extension of Time to File Answer filed by ERIN VECCHIO. (Johnston, Colleen) (Entered: 03/02/2010) |
| 03/02/2010 | 42 | RESPONSE to Motion re 36 Motion for Extension of Time to File Answer filed by PENNSYLVANIA DEPARTMENT OF REVENUE. (Wilson, Tracey) (Entered: 03/02/2010) |
| 03/03/2010 | 43 | RESPONSE to Motion re 34 Motion for Judgment on the Pleadings filed by ERIN VECCHIO. (Johnston, Colleen) (Entered: 03/03/2010) |
| 03/04/2010 | 44 | ORDER granting 34 Motion for Judgment on the Pleadings. Judgment is entered in favor of the Pennsylvania Department of Revenue on Plaintiff's claims under the Whistleblower Law at Count III of the Amended Complaint, thereby dismissing said defendant, without prejudice, to re-file said claim in state court. Signed by Judge Arthur J. Schwab on 03/04/10. (eca) (Entered: 03/04/2010) |
| 03/05/2010 | 45 | RESPONSE to Motion re 38 Motion for Leave to File filed by ANTHONY M. DELUCA. (Vitale, David) (Entered: 03/05/2010) |
| 03/05/2010 | 46 | RESPONSE to Motion re 38 Motion for Leave to File filed by STEVEN H. STETLER. (Gabriel, Brian) (Entered: 03/05/2010) |
| 03/05/2010 | 47 | CONSENT to Trial/Jurisdiction by US Magistrate Judge by STEVEN H. STETLER. (Gabriel, Brian) (Entered: 03/05/2010) |
| 03/05/2010 | 48 | CONSENT to Trial/Jurisdiction by US Magistrate Judge by ANTHONY M. DELUCA. (Vitale, David) (Entered: 03/05/2010) |
| 03/08/2010 | 49 | ORDER granting 38 Motion for Leave to File Under Seal. Signed by Judge Arthur J. Schwab on 03/08/10. (eca) (Entered: 03/08/2010) |
| 03/08/2010 | 50 | ORDER granting 36 Motion for Extension of Time to Answer. Answer due 03/15/10. Signed by Judge Arthur J. Schwab on 03/08/10. (eca) (Entered: 03/08/2010) |
| 03/08/2010 | 51 | SEALED MOTION by ERIN VECCHIO. (Attachments: # 1 Proposed Order) (plh) (Entered: 03/08/2010) |
| 03/08/2010 | 52 | SEALED DOCUMENT in support re: 51 by ERIN VECCHIO. (plh) (Entered: 03/08/2010) |
| 03/09/2010 | | ORDER SETTING DEADLINE FOR RESPONSE to 51 Sealed Motion. Response to Motion due by 3/19/2010. Signed by Judge Arthur J. Schwab on 03/09/10. Text-only entry; no PDF document will issue. This text-only entry |

| | | constitutes the Order of the Court or Notice on the matter. (eca) (Entered: 03/09/2010) |
|---|---|---|
| 03/10/2010 | 53 | AFFIDAVIT re 37 Certificate of Service, Quality Control message - Generic Correction, *Withdrawal of Appearance, docket #36* by PENNSYLVANIA DEPARTMENT OF REVENUE. (Henderson, Kenneth) Modified on 3/11/2010 (plh). This document removed from public view and redocketed at Doc. # 54 . (Entered: 03/10/2010) |
| 03/11/2010 | | CLERK'S OFFICE QUALITY CONTROL MESSAGE re 53 Affidavit. ERROR: Wrong event selected. CORRECTION: Re-docketed as Motion to Withdraw Attorney. This message is for informational purposes only. CLERK'S OFFICE QUALITY CONTROL MESSAGE. ERROR: Proposed Order was not attached. CORRECTION: Attorney is advised to file a proposed order by using the Proposed Order event and linking it to the document in question. This message is for informational purposes only. (plh) (Entered: 03/11/2010) |
| 03/11/2010 | 54 | MOTION to Withdraw Kenneth Henderson as Attorney by STEVEN H. STETLER. (plh) (Entered: 03/11/2010) |
| 03/14/2010 | 55 | ANSWER to 23 Amended Complaint by STEVEN H. STETLER. (Gabriel, Brian) (Entered: 03/14/2010) |
| 03/15/2010 | 56 | Proposed Order re 54 Motion to Withdraw as Attorney *Kenneth Henderson* by STEVEN H. STETLER. (Henderson, Kenneth) (Entered: 03/15/2010) |
| 03/15/2010 | 57 | ORDER granting 54 Motion to Withdraw as Attorney. Attorney Kenneth D. Henderson terminated. Signed by Judge Arthur J. Schwab on 03/15/10. (eca) (Entered: 03/15/2010) |
| 03/18/2010 | 58 | NOTICE of Appearance by Amy Zapp on behalf of PENNSYLVANIA OFFICE OF ATTORNEY GENERAL. (Zapp, Amy) (Entered: 03/18/2010) |
| 03/18/2010 | | ORDER OF COURT. Defendant's Response to 51 Sealed Motion shall be filed UNDER SEAL. Signed by Judge Arthur J. Schwab on 03/18/10. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (eca) (Entered: 03/18/2010) |
| 03/18/2010 | 59 | MOTION to Seal *Response* by PENNSYLVANIA OFFICE OF ATTORNEY GENERAL. (Attachments: # 1 Proposed Order) (Zapp, Amy) (Entered: 03/18/2010) |
| 03/18/2010 | | ORDER granting 59 Motion to Seal. Signed by Judge Arthur J. Schwab on 3/18/10. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (mjl) (Entered: 03/18/2010) |
| 03/19/2010 | 60 | SEALED DOCUMENT by STEVEN H. STETLER. (plh) (Entered: 03/19/2010) |
| 03/19/2010 | 61 | SEALED DOCUMENT by STEVEN H. STETLER. (plh) (Entered: 03/19/2010) |

| 03/19/2010 | 62 | SEALED DOCUMENT by PENNSYLVANIA OFFICE OF ATTORNEY GENERAL. (plh) (Entered: 03/19/2010) |
|---|---|---|
| 03/22/2010 | 63 | SEALED DOCUMENT by ANTHONY M. DELUCA. (plh) (Entered: 03/22/2010) |
| 03/22/2010 | 64 | SEALED DOCUMENT by ANTHONY M. DELUCA. (plh) (Entered: 03/22/2010) |
| 03/22/2010 | | TEXT ORDER. Motion filed under seal at doc. no. 51 is DENIED, without prejudice, until Plaintiff seeks the requested material from the appropriate state judicial officer. Camiola v. State Farm Fire & Casualty Co., 334 F.2d 345, 357 (3d Cir. 2003). Signed by Judge Arthur J. Schwab on 03/22/10. Text-only entry; no PDF document will issue. This text-only entry constitutes the Courts order or notice on the matter. (eca) (Entered: 03/22/2010) |
| 03/24/2010 | 65 | MOTION for Disclosure of FBI Materials by ERIN VECCHIO. (Attachments: # 1 Proposed Order, # 2 Exhibit) (Johnston, Colleen) (Entered: 03/24/2010) |
| 03/24/2010 | 66 | BRIEF in Support re 65 Motion for Disclosure of FBI Materials filed by ERIN VECCHIO. (Johnston, Colleen) (Entered: 03/24/2010) |
| 03/25/2010 | | ORDER SETTING DEADLINE FOR RESPONSE to 65 Motion for Disclosure. Response to Motion due by 3/29/2010 at NOON. Signed by Judge Arthur J. Schwab on 03/25/10. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (eca) (Entered: 03/25/2010) |
| 03/29/2010 | 67 | RESPONSE to Motion re 65 Motion for Disclosure filed by STEVEN H. STETLER. (Gabriel, Brian) (Entered: 03/29/2010) |
| 03/29/2010 | 68 | RESPONSE to Motion re 65 Motion for Disclosure FBI Investigative Materials filed by ANTHONY M. DELUCA. (Vitale, David) (Entered: 03/29/2010) |
| 03/29/2010 | | ORDER Response/Briefing Schedule re 65 Motion for Disclosure (Responses due by Noon on 3/30/2010). Signed by Judge Arthur J. Schwab on 3/29/10. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (ms) (Entered: 03/29/2010) |
| 03/29/2010 | | Order to Vacate Document re Response/Briefing Schedule -- Text Order of 3/29/10 vacated - filed in error. Signed by Judge Arthur J. Schwab on 3/29/10. (ms) (Entered: 03/29/2010) |
| 03/29/2010 | 69 | BRIEF in Opposition re 65 Motion for Disclosure FBI Investigative Materials filed by ANTHONY M. DELUCA. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Vitale, David) (Entered: 03/29/2010) |
| 03/30/2010 | | ORDER SETTING DEADLINE FOR FBI'S RESPONSE to 65 Motion for Disclosure of FBI Materials. The Court directs the FBI to file a response to 65 Motion for Disclosure of FBI Materials on or before 04/15/10. See also doc. nos. 66 , 67 , 68 , and 69 . A copy of this Order shall be mailed by Plaintiff's counsel to Mr. Killeen (Chief Division Counsel - FBI) and Mr. Schollaert |

| | | |
|---|---|---|
| | | (Chief, Civil Division, United States Attorney's Office, W. PA). Signed by Judge Arthur J. Schwab on 03/30/10. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (eca) (Entered: 03/30/2010) |
| 03/31/2010 | 70 | Unopposed MOTION to Extend Time to Complete ADR by ERIN VECCHIO. (Attachments: # 1 Proposed Order) (Lykos, Nikki) (Entered: 03/31/2010) |
| 04/01/2010 | 71 | ORDER granting 70 Motion to Extend Time for ADR. ENE/Mediation shall occur by 04/30/10. Signed by Judge Arthur J. Schwab on 04/01/10. (eca) (Entered: 04/01/2010) |
| 04/15/2010 | 72 | RESPONSE to Motion re 65 Motion for Disclosure filed by FEDERAL BUREAU OF INVESTIGATION. (Schollaert, Albert) (Entered: 04/15/2010) |
| 04/16/2010 | 73 | ORDER granting in part and denying in part 65 Motion for Disclosure of FBI Information. Signed by Judge Arthur J. Schwab on 4/16/10. (mjl) (Entered: 04/16/2010) |
| 05/04/2010 | | ORDER TO SHOW CAUSE. On or before May 7, 2010, respondent Federal Bureau of Investigation shall produce to the Court for in camera review "any and all notes, witness statements, testimony, recordings or other documents regarding any other individuals knowledge of Plaintiff Erin Vecchios grand jury testimony or information regarding Plaintiff Erin Vecchios termination from employment with the Department," as required by this Court's Order of April 16, 2010, or file a Certificate of Compliance with Order of April 16, 2010, stating that no such documents exist and what efforts were made to locate any such documents. Signed by Judge Arthur J. Schwab on 5/04/10. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (mjl) (Entered: 05/04/2010) |
| 05/06/2010 | 74 | MOTION to Extend Time to Respond to Order to Show Cause by FEDERAL BUREAU OF INVESTIGATION. (Attachments: # 1 Proposed Order) (Schollaert, Albert) (Entered: 05/06/2010) |
| 05/07/2010 | 75 | ORDER granting 74 Motion to Extend Time for Response to Show Cause Order. Show Cause Response due by 5/13/2010. Signed by Judge Arthur J. Schwab on 05/07/10. (eca) (Entered: 05/07/2010) |
| 05/07/2010 | 76 | REPORT of Mediation: Case has not been resolved. SUSAN MALIE terminated. Attorney Susan E. Malie terminated. **The parties are reminded of their obligation to complete the ADR questionnaire and return same to the Clerk of Court within 5 days of the conclusion of the ADR process. The questionnaire can be accessed at www.pawd.uscourts.gov. Click on the ADR icon.** Mediation session was held on 4/16/2010. (Malie, Susan) (Entered: 05/07/2010) |
| 05/12/2010 | 77 | MOTION for Leave to File A Document Under Seal by FEDERAL BUREAU OF INVESTIGATION. (Attachments: # 1 Proposed Order) (Schollaert, Albert) (Entered: 05/12/2010) |
| 05/13/2010 | 78 | ORDER granting 77 Motion for Leave to File Document Under Seal. Signed |

| | | |
|---|---|---|
| | | by Judge Arthur J. Schwab on 05/13/10. (eca) (Entered: 05/13/2010) |
| 05/13/2010 | 79 | SEALED DOCUMENT by FEDERAL BUREAU OF INVESTIGATION (Attachments: # 1 Exhibit, # 2 Exhibit) (plh) (Entered: 05/13/2010) |
| 05/18/2010 | 80 | ORDER re 65 Motion for Disclosure filed by ERIN VECCHIO. Signed by Judge Arthur J. Schwab on 5/18/10. (mjl) (Entered: 05/18/2010) |
| 06/01/2010 | 81 | ORDER SCHEDULING STATUS / SETTLEMENT CONFERENCE. A Status / Settlement conference is hereby scheduled for 06/22/10 at 9:00 AM before Arthur J. Schwab. Chief trial counsel shall attend in person and be prepared to discuss settlement and further alternative dispute resolution options in detail. Parties shall be available by telephone. Within three (3) business days before the Status / Settlement Conference, each party shall submit brief confidential letters to the Court detailing the relative strengths and weaknesses of their case, as well as settlement postures including monetary amounts. FURTHERMORE, within three (3) business days before the conference, each party shall submit a proposed settlement agreement to the Court. Signed by Judge Arthur J. Schwab on 06/01/10. (eca) (Entered: 06/01/2010) |
| 06/02/2010 | 82 | NOTICE to *Withdraw Appearance* by FEDERAL BUREAU OF INVESTIGATION (Schollaert, Albert) Modified on 6/3/2010. (plh) This document removed from public view and redocketed at Doc. # 83 . (Entered: 06/02/2010) |
| 06/03/2010 | | CLERK'S OFFICE QUALITY CONTROL MESSAGE re 82 Notice (Other). ERROR: Wrong event selected. CORRECTION: U.S. Attorney will refile as a Motion to Withdraw Attorney with a proposed order. This message is for informational purposes only. (plh) (Entered: 06/03/2010) |
| 06/03/2010 | 83 | MOTION to Withdraw as Attorney by FEDERAL BUREAU OF INVESTIGATION. (Attachments: # 1 Proposed Order) (Schollaert, Albert) (Entered: 06/03/2010) |
| 06/04/2010 | 84 | ORDER granting 83 Motion to Withdraw as Attorney. Attorney Albert W. Schollaert terminated. Signed by Judge Arthur J. Schwab on 06/04/10. (eca) (Entered: 06/04/2010) |
| 06/22/2010 | 85 | Minute Entry for proceedings held before Judge Arthur J. Schwab: Status / Settlement Conference held on 6/22/2010. (Court Reporter: Shirley Hall) (eca) (Entered: 06/22/2010) |
| 06/22/2010 | | SCHEDULING ORDER. Summary Judgment due by 7/30/2010 at NOON. Response to Summary Judgment due by 8/11/2010 at NOON. Signed by Judge Arthur J. Schwab on 06/22/10. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (eca) (Entered: 06/22/2010) |
| 06/24/2010 | 86 | AMENDED PRETRIAL ORDER: Plaintiff witness list due by 9/10/2010; Defendant Witness list due by 9/20/2010; Points for Charge due by 9/24/2010; Proposed Verdict Slips due by 9/24/2010; Proposed Voir Dire by 9/24/2010; |

| | | |
|---|---|---|
| | | Stipulation due by 9/24/2010; Motions in Limine due by 9/22/2010; Response to Motions in Limine due by 9/27/2010; Jury Trial set for 10/25/2010 at 9:00 AM in Courtroom 7C before Judge Arthur J. Schwab; Pretrial Conference set for 10/14/2010 at 8:30 AM in Courtroom 7C before Judge Arthur J. Schwab; Preliminary Pretrial Conference with law clerk set for 9/30/2010 at 10:00 AM in Courtroom 7C. Signed by Judge Arthur J. Schwab on 6/24/10. (ms) (Entered: 06/24/2010) |
| 06/25/2010 | 87 | NOTICE of Appearance by Thomas P. McGinnis on behalf of ANTHONY M. DELUCA. (McGinnis, Thomas) (Entered: 06/25/2010) |
| 06/25/2010 | 88 | NOTICE of Appearance by Karin Romano Galbraith on behalf of ANTHONY M. DELUCA. (Galbraith, Karin) (Entered: 06/25/2010) |
| 06/28/2010 | 89 | First MOTION to Withdraw as Attorney *Murray* by ANTHONY M. DELUCA. (Attachments: # 1 Proposed Order) (Vitale, David) (Entered: 06/28/2010) |
| 06/29/2010 | 90 | ORDER granting 89 Motion to Withdraw as Attorney. Attorney Lee Ann H. Murray terminated. Signed by Judge Arthur J. Schwab on 6/29/10. (ms) (Entered: 06/29/2010) |
| 07/19/2010 | 91 | Expert Report of Stuart S. Burstein, M.D., by ANTHONY M. DELUCA. (McGinnis, Thomas) (Entered: 07/19/2010) |
| 07/19/2010 | 92 | JOINDER of STEVEN H. STETLER to 91 Expert Report. (Gabriel, Brian) (Entered: 07/19/2010) |
| 07/30/2010 | 93 | MOTION for Summary Judgment by STEVEN H. STETLER. (Attachments: # 1 Proposed Order) (Gabriel, Brian) (Entered: 07/30/2010) |
| 07/30/2010 | 94 | BRIEF in Support re 93 Motion for Summary Judgment filed by STEVEN H. STETLER. (Gabriel, Brian) (Entered: 07/30/2010) |
| 07/30/2010 | 95 | MOTION for Summary Judgment by ANTHONY M. DELUCA. (Attachments: # 1 Proposed Order) (Galbraith, Karin) (Entered: 07/30/2010) |
| 07/30/2010 | 96 | CONCISE STATEMENT OF MATERIAL FACTS re 94 Brief in Support of Motion, 93 Motion for Summary Judgment by STEVEN H. STETLER. (Gabriel, Brian) (Entered: 07/30/2010) |
| 07/30/2010 | 97 | BRIEF in Support re 95 Motion for Summary Judgment filed by ANTHONY M. DELUCA. (Galbraith, Karin) (Entered: 07/30/2010) |
| 07/30/2010 | 98 | CONCISE STATEMENT OF MATERIAL FACTS by ANTHONY M. DELUCA. (Galbraith, Karin) (Entered: 07/30/2010) |
| 07/30/2010 | 99 | Appendix to 96 Concise Statement of Material Facts by STEVEN H. STETLER. (Attachments: # 1 Exhibit Vecchio Deposition, # 2 Exhibit Miller Affidavit, # 3 Exhibit Exhibits from Depositions, # 4 Exhibit DeLuca Deposition, # 5 Exhibit Stetler Deposition, # 6 Exhibit Simpson Deposition, # 7 Exhibit Coyne Affidavit, # 8 Exhibit Mazza Deposition, # 9 Exhibit Ellenbogen Deposition, # 10 Exhibit Petronsky Deposition, # 11 Exhibit |

| | | |
|---|---|---|
| | | Wertz Deposition, # 12 Exhibit Black Deposition, # 13 Exhibit Brimmeier Deposition) (Gabriel, Brian) (Entered: 07/30/2010) |
| 07/30/2010 | 100 | Appendix to 95 Motion for Summary Judgment by ANTHONY M. DELUCA. (Attachments: # 1 Exhibit A (part 1), # 2 Exhibit A (part 2), # 3 Exhibit A (part 3), # 4 Exhibit A (part 4), # 5 Exhibit A (part 5), # 6 Exhibit B, # 7 Exhibit C, # 8 Exhibit D, # 9 Exhibit E, # 10 Exhibit F, # 11 Exhibit G, # 12 Exhibit H) (Galbraith, Karin) (Entered: 07/30/2010) |
| 08/11/2010 | 101 | BRIEF in Opposition re 93 Motion for Summary Judgment *filed by Defendant Stetler* filed by ERIN VECCHIO. (Johnston, Colleen) (Entered: 08/11/2010) |
| 08/11/2010 | 102 | RESPONSE to 96 Concise Statement of Material Facts, filed by ERIN VECCHIO. (Johnston, Colleen) (Entered: 08/11/2010) |
| 08/11/2010 | 103 | COUNTER STATEMENT OF FACTS *to Defendant Stetler*, by ERIN VECCHIO. (Johnston, Colleen) (Entered: 08/11/2010) |
| 08/11/2010 | 104 | Appendix to 103 Counter Statement of Facts, 101 Brief in Opposition to Motion, 102 Response by ERIN VECCHIO. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit) (Johnston, Colleen) (Entered: 08/11/2010) |
| 08/11/2010 | 105 | BRIEF in Opposition re 95 Motion for Summary Judgment *filed by Defendant DeLuca* filed by ERIN VECCHIO. (Johnston, Colleen) (Entered: 08/11/2010) |
| 08/11/2010 | 106 | RESPONSE to 98 Concise Statement of Material Facts, filed by ERIN VECCHIO. (Johnston, Colleen) (Entered: 08/11/2010) |
| 08/11/2010 | 107 | COUNTER STATEMENT OF FACTS *to Defendant DeLuca*, by ERIN VECCHIO. (Johnston, Colleen) (Entered: 08/11/2010) |
| 08/11/2010 | 108 | Appendix to 107 Counter Statement of Facts, 105 Brief in Opposition to Motion, 106 Response by ERIN VECCHIO. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit) (Johnston, Colleen) (Entered: 08/11/2010) |
| 08/11/2010 | 109 | Joint CONCISE STATEMENT OF MATERIAL FACTS *of Defendant Stetler and Plaintiff* re 102 Response, 96 Concise Statement of Material Facts by STEVEN H. STETLER. (Gabriel, Brian) (Entered: 08/11/2010) |
| 08/11/2010 | 110 | Joint CONCISE STATEMENT OF MATERIAL FACTS by ANTHONY M. DELUCA. (Galbraith, Karin) (Entered: 08/11/2010) |
| 08/16/2010 | 111 | RESPONSE to 103 Counter Statement of Facts, filed by STEVEN H. STETLER. (Gabriel, Brian) (Entered: 08/16/2010) |
| 08/16/2010 | 112 | RESPONSE to 107 Counter Statement of Facts, filed by ANTHONY M. DELUCA. (Attachments: # 1 Exhibit I) (Galbraith, Karin) (Entered: 08/16/2010) |
| 08/20/2010 | 113 | MEMORANDUM AND OPINION re 93 MOTION for Summary Judgment |

|  |  | filed by STEVEN H. STETLER, 95 MOTION for Summary Judgment filed by ANTHONY M. DELUCA. Signed by Judge Arthur J. Schwab on 8/20/10. (mjl) (Entered: 08/20/2010) |
| --- | --- | --- |
| 08/20/2010 | 114 | ORDER granting 93 Motion for Summary Judgment; granting 95 Motion for Summary Judgment. Judgment is entered in favor of defendants.The Clerk of Court shall mark this case closed. Signed by Judge Arthur J. Schwab on 8/20/10. (mjl) (Entered: 08/20/2010) |
| 09/30/2010 | 115 | First MOTION for Bill of Costs by ANTHONY M. DELUCA. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit) (Vitale, David) (Entered: 09/30/2010) |
| 10/01/2010 | 116 | BILL OF COSTS by STEVEN H. STETLER in the amount of $2608.20 against Plaintiff. (Attachments: # 1 Exhibit Court Reporter Invoices, # 2 Exhibit Declaration) (Gabriel, Brian) (Entered: 10/01/2010) |
| 10/01/2010 | 117 | Errata re 115 Motion for Bill of Costs by ANTHONY M. DELUCA. Reason for Correction: Exhibit five mathematical calculation corrected. (Attachments: # 1 Exhibit Fees for the Clerk, # 2 Exhibit Service of Subpoena, # 3 Exhibit Transcripts used in Case, # 4 Exhibit Fee for Printing, # 5 Exhibit Fee for Expert Witness, # 6 Exhibit Fee for Copies) (Vitale, David) (Entered: 10/01/2010) |
| 10/04/2010 | 118 | MOTION for Attorney Fees by ANTHONY M. DELUCA. (Attachments: # 1 MEMORANDA OF LAW IN SUPPORT OF MOTION, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Proposed Order) (Vitale, David) Modified on 10/5/2010. (plh) (Memorandum of Law removed from public view) (Entered: 10/04/2010) |
| 10/04/2010 | 119 | BRIEF in Support re 118 Motion for Attorney Fees filed by ANTHONY M. DELUCA. (plh) (Entered: 10/05/2010) |
| 10/05/2010 |  | CLERK'S OFFICE QUALITY CONTROL MESSAGE re 118 Motion for Attorney Fees. ERROR: Document should have been filed as two separate documents. CORRECTION: Attorney advised in future that documents of that nature are to be filed as separate documents. Clerk of Court docketed Memorandum of Law. This message is for informational purposes only. NEVER FILE MEMORANDUMS' WITH MOTIONS IN DISTRICT COURT. (plh) (Entered: 10/05/2010) |
| 10/05/2010 |  | ORDER SETTING DEADLINE FOR RESPONSE to 118 Motion for Attorney Fees. Response to Motion due by 10/15/2010. Signed by Judge Arthur J. Schwab on 10/05/10. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (eca) (Entered: 10/05/2010) |
| 10/06/2010 | 120 | Letter from the Clerk of Court calling for objections to the Bill of Costs. Objections to Bill of Costs due by 10/28/2010. (plh) (Entered: 10/06/2010) |

| 10/15/2010 | 121 | BRIEF in Opposition re 118 Motion for Attorney Fees, filed by ERIN VECCHIO. (Johnston, Colleen) (Entered: 10/15/2010) |
| 10/15/2010 | 122 | Errata re 121 Brief in Opposition to Motion by ERIN VECCHIO. Reason for Correction: Attaching Exhibits. (Attachments: # 1 Exhibit, # 2 Exhibit) (Johnston, Colleen) (Entered: 10/15/2010) |
| 10/19/2010 | | ORDER denying 118 Motion for Attorney Fees. The Motion for Attorney Fees is untimely under Fed.R.Civ.P. 54(d)(2) (motion for attorney fees must be filed within 14 days of the entry of judgment), and defendant has not made a prima facie showing that plaintiff's suit was unfounded, frivolous, or brought or pursued in bad faith. Signed by Judge Arthur J. Schwab on 10/19/10. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (mjl) (Entered: 10/19/2010) |
| 10/28/2010 | 123 | OBJECTIONS by ERIN VECCHIO re 116 Bill of Costs. (Johnston, Colleen) (Entered: 10/28/2010) |
| 10/28/2010 | 124 | RESPONSE to Motion re 115 First MOTION for Bill of Costs *by Defendant DeLuca* filed by ERIN VECCHIO. (Johnston, Colleen) (Entered: 10/28/2010) |
| 12/09/2010 | 125 | Costs Taxed in amount of $ 2,608.20 against ERIN VECCHIO in favor of STEVE H. STETLER. (plh) (Entered: 12/09/2010) |
| 12/09/2010 | 126 | Costs Taxed in amount of $ 3,114.82 against ERIN VECCHIO in favor of ANTHONY M. DeLUCA. (plh) (Entered: 12/09/2010) |
| 12/16/2010 | 127 | MOTION for Reconsideration re 126 Costs Taxed, 125 Costs Taxed by ERIN VECCHIO. (Attachments: # 1 Proposed Order) (Johnston, Colleen) (Entered: 12/16/2010) |
| 12/16/2010 | 128 | BRIEF in Support re 127 Motion for Reconsideration *re Costs Taxed* filed by ERIN VECCHIO. (Johnston, Colleen) (Entered: 12/16/2010) |
| 12/17/2010 | | ORDER SETTING DEADLINE FOR RESPONSE to 127 Motion for Reconsideration. Response to Motion due by 1/3/2011. Signed by Judge Arthur J. Schwab on 12/17/10. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (eca) (Entered: 12/17/2010) |
| 12/28/2010 | 129 | RESPONSE IN OPPOSITION to 127 Motion for Reconsideration, filed by STEVEN H. STETLER. (Gabriel, Christopher) Modified on 12/28/2010. (plh) This document removed from public view and redocketed at Doc. # 130 . (Entered: 12/28/2010) |
| 12/28/2010 | 130 | RESPONSE to Motion re 127 MOTION for Reconsideration re 126 Costs Taxed, 125 Costs Taxed filed by STEVEN H. STETLER. (Gabriel, Brian) (Entered: 12/28/2010) |
| 12/28/2010 | | CLERK'S OFFICE QUALITY CONTROL MESSAGE re 129 Response in Opposition. ERROR: Wrong event selected. CORRECTION: Re-docketed by Attorney as Response to Motion. This message is for informational purposes only. (plh) (Entered: 12/28/2010) |

| 01/03/2011 | 131 | RESPONSE to Motion re 127 MOTION for Reconsideration re 126 Costs Taxed, 125 Costs Taxed filed by ANTHONY M. DELUCA. (Anderson, Erik) Modified on 1/4/2011. (plh) This document removed fromm public view and redocketed at Doc. # 132 . (Entered: 01/03/2011) |
| 01/03/2011 | 132 | BRIEF in Opposition re 127 Motion for Reconsideration filed by ANTHONY M. DELUCA. (plh) (Entered: 01/04/2011) |
| 01/04/2011 |  | CLERK'S OFFICE QUALITY CONTROL MESSAGE re 131 Response to Motion. ERROR: Wrong event selected. CORRECTION: Re-docketed as Brief in Opposition to Motion. This message is for informational purposes only. (plh) (Entered: 01/04/2011) |
| 01/04/2011 | 133 | ORDER denying 127 Motion for Reconsideration to Reconsider Costs. Signed by Judge Arthur J. Schwab on 1-4-11. (nam) (Entered: 01/04/2011) |
| 04/11/2011 | 134 | MOTION to Reduce Court Order (Doc. 133 ) to a Final Judgment against Vecchio in the amount of $3,114.82 re 133 Order on Motion for Reconsideration by ANTHONY M. DELUCA. (Attachments: # 1 Final Judgment) (Vitale, David) (Entered: 04/11/2011) |
| 04/12/2011 |  | ORDER granting 134 Motion to Reduce Court Order (Doc. 133 ) to a Final Judgment against Vecchio in the amount of $3,114.82. The appropriate Final Judgment Order will follow. Signed by Judge Arthur J. Schwab on 04/12/11. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (eca) (Entered: 04/12/2011) |
| 04/12/2011 | 135 | FINAL JUDGMENT in favor of Defendant Anthony M. DeLuca and against Plaintiff Erin Vecchio in the amount of $3,114.82. Signed by Judge Arthur J. Schwab on 04/12/11. (eca) Modified on 4/13/2011. (tt) (Entered: 04/12/2011) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 07/08/2016 16:06:33 | | |
| **PACER Login:** | PAOAGCLD:4078535:0 | **Client Code:** zimmerman |
| **Description:** | Docket Report | **Search Criteria:** 2:09-cv-01485-AJS |
| **Billable Pages:** | 12 | **Cost:** 1.20 |