IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN R. ZIMMERMAN | : | No. 1:13-CV-2788 |
| Plaintiff | : | |
| v. | : | Honorable Yvette Kane |
| | : | |
| THOMAS W. CORBETT, LINDA L. | : | Electronically Filed Document |
| KELLY, FRANK G. FINA, | : | |
| K. KENNETHY BROWN, | : | |
| MICHAEL A. SPROW, ANTHONY | : | |
| J. FIORE AND GARY E. SPEAKS | : | |
| Defendants | : | |

## Appendix of Exhibits

### Criminal Dockets

Bowman Misc .................................................................................................1

Feese 2009 MDJ.............................................................................................5

Feese 2010 MDJ.............................................................................................12

Feese 2010 Misc.............................................................................................16

Feese 2010.......................................................................................................22

Feese 2011 Misc.............................................................................................58

Feese 2011.......................................................................................................62

Feese Commonwealth Court.......................................................................76

Feese Superior Court....................................................................................79

Feese Supreme Court ...................................................................................85

McClintock MDJ............................................................................................88

McClintock.................................................................................................................93

McClintock Misc.......................................................................................................107

Perzel MDJ...............................................................................................................111

Perzel Misc...............................................................................................................120

Perzel Superior Court...............................................................................................125

Perzel Supreme Court ..............................................................................................129

Perzel .......................................................................................................................131

Preski MDJ...............................................................................................................159

Preski Misc...............................................................................................................168

Preski.......................................................................................................................173

Ruth MDJ.................................................................................................................202

Ruth Misc.................................................................................................................209

Ruth.........................................................................................................................213

Seaman 2009 MDJ ...................................................................................................234

Seaman 2010 MDJ ...................................................................................................241

Seaman 2010 Misc ...................................................................................................245

Seaman 2010 ...........................................................................................................249

Seaman 2011 Misc ...................................................................................................281

Seaman 2011 ...........................................................................................................285

Stokes MDJ ..............................................................................................................298

Stokes Misc ...................................................................................................305

Stokes ...........................................................................................................309

Towhey MDJ ..............................................................................................327

Towhey Misc...............................................................................................332

Towhey..........................................................................................................336

Zimmerman Misc .......................................................................................351

Zimmerman ................................................................................................354

Zimmerman MDJ ......................................................................................362

## Criminal Filings

2009.11.12 Grand Jury Presentment...........................................................366

2009.11.12 Zimmerman Criminal Complaint.............................................562

2009.11.13 Zimmerman Bail Docs...............................................................568

2010.3.24 Motion to Disqualify OAG Part 1 of 3 .....................................582

2010.3.24 Motion to Disqualify OAG Part 2 of 3 .....................................733

2010.3.24 Motion to Disqualify OAG Part 3 of 3 .....................................921

2010.3.25 Order to Answer to Motion to Disqualify..................................969

2010.4.8 OAG Brief re Motion to Disqualify.............................................971

2010.4.13 Answer to Motion to Disqualify ................................................997

2010.4.15 Feese Brief re Motion to Disqualify .......................................1,018

2010.4.19 Opinion Denying Disqualification of OAG...............................................1,045

2010.6.28 Joinder.................................................................................................1,051

2010.7.9 Feese Information ...................................................................................1,054

2010.7.9 Zimmerman Information..........................................................................1,080

2010.7.26 Motion to Compel.................................................................................1,083

2010.7.26 Order to Answer Zimmerman Habeas ....................................................1,088

2010.7.26 Zimmerman Habeas.............................................................................1,090

2010.8.5 Scheduling Order ...................................................................................1,105

2010.8.18 Order that Zimmerman Can Reply ........................................................1,107

2010.8.31 Zimmerman Habeas Reply ...................................................................1,108

2010.9.13 Scheduling Order .................................................................................1,118

2010.9.14 Case Management Order........................................................................1,119

2010.9.17 Joinder in Continuance .........................................................................1,123

2010.10.29 Feese Habeas Brief .............................................................................1,126

2010.10.29 Feese Habeas......................................................................................1,170

2010.11.30 Answer to Habeas ...............................................................................1,206

2010.11.30 Answer to Omnibus Motion .................................................................1,265

2011.1.12 Motion to Compel .................................................................................1,319

2011.1.14 Order to Answer Motion to Compel ........................................................1,331

2011.2.7 Answer to Motion to Compel GJ Transcripts...............................................1,332

2011.2.9 Motion to Compel ...................................................................1,346

2011.2.22 Order on Feese Prelim ...........................................................1,354

2011.3.23 Habeas Decision....................................................................1,357

2011.4.8 Scheduling Order ....................................................................1,364

2011.4.18 Renewed Rule 600 Motion and Brief .......................................1,366

2011.4.21 Order to Answer Rule 600 Motion ...........................................1,377

2011.5.4 Order to Answer Expert Motion ................................................1,379

2011.5.9 Zimmerman Answer to Expert Motion.......................................1,381

2011.5.20 Rule 600 Motion Reply..........................................................1,386

2011.5.31 Feese Second Information......................................................1,392

2011.5.31 Seaman Habeas ...................................................................1,395

2011.6.14 Case Management Order........................................................1,444

2011.7.1 Prosecutorial Misconduct Motion.............................................1,446

2011.7.11 Motion to Compel Disclosure of Notes ....................................1,468

2011.7.14 Supplemental Motion to Compel Disclosure of Notes ...............1,476

2011.7.15 Answer to Prosecutorial Misconduct Motion ...........................1,481

2010.7.19 Amended Request to Dismiss for Misconduct .........................1,497

2011.7.19 Answer to Supplemental Motion to Compel Disclosure of Notes .............1,502

2011.7.19 Order to Produce Records......................................................1,519

2011.7.20 Amended Request for Relief...................................................1,524

2011.7.21 Amended Request for Relief....................................................................1,528

2011.7.21 Second Amended Request for Relief........................................................1,533

2011.7.25 OAG Brief re Motion to Dismiss for Misconduct....................................1,538

2011.7.29 Opinion on Prosecutorial Misconduct Motion.........................................1,598

2011.8.5 Supplemental Motion to Compel Disclosure..............................................1,602

2011.8.11 Answer to Supplemental Motion to Compel Disclosure...........................1,607

2011.8.17 Answer to Supplemental Motion to Compel Disclosure...........................1,613

2011.9.16 Habeas Opinion........................................................................................1,618

2011.9.16 Order to Answer Motion to Compel.........................................................1,623

2012.3.8 Statement of Matters for Appeal.................................................................1,625

2012.3.26 Opinion on Bail........................................................................................1,629

2012.6.20 1925 Opinion...........................................................................................1,633

2012.9.25 Feese Appeal Brief With Appendix..........................................................1,661

2012.9.25 Incomplete Trial Exhibits from Reproduced Record................................1,828

2012.9.25 Reproduced Record Filed-1.....................................................................1,929

2012.9.25 Reproduced Record Filed-2.....................................................................2,189

2012.9.25 Reproduced Records Filed-3....................................................................2,987

2012.9.25 Reproduced Record Filed-4.....................................................................3,630

2012.9.25 Reproduced Record Filed-5.....................................................................4,319

2012.12.21 OAG Appeal Brief..................................................................................4,914

2013.1.11 Appellant's Reply Brief ............................................................4,968

2013.9.18 Superior Court Opinion ............................................................4,992

2013.10.1 Application for Reargument ......................................................5,045

2013.12.24 Petition for Allowance of Appeal ...........................................5,122

2014.1.9 OAG No Answer Letter ..............................................................5,294

2014.6.14 Allocatur Denied Order.............................................................5,296

2016.5.3 PCRA Decision ............................................................................5,297

## Transcripts

2010.4.21 Prelim 1 .....................................................................................5,310

2010.4.21 Prelim 2 .....................................................................................5,440

2010.4.21 Prelim 3 .....................................................................................5,570

2010.4.22 Prelim 1 .....................................................................................5,696

2010.4.22 Prelim 2 .....................................................................................5,902

2010.4.23 Prelim ........................................................................................6,074

2010.5.25 Prelim 1 .....................................................................................6,280

2010.5.25 Prelim 2 .....................................................................................6,428

2010.5.25 Prelim Exhibit 39 ......................................................................6,575

2010.5.25 Prelim Exhibit 40 ......................................................................6,664

2010.5.25 Prelim Exhibit 41 ......................................................................6,666

2010.5.25 Prelim Exhibit 42 ...................................................................6,747

2010.5.25 Prelim Exhibit 43 ...................................................................6,761

2010.5.25 Prelim Exhibit 44 ...................................................................6,769

2010.5.25 Prelim Exhibits 33 to 38 .........................................................6,777

2010.5.26 Prelim.....................................................................................6,789

2010.5.27 Prelim.....................................................................................6,880

2010.12.8 Habeas Argument....................................................................6,924

2011.5.5 Prelim.......................................................................................7,195

2011.5.6 Prelim.......................................................................................7,245

2011.7.20 Misconduct Argument ............................................................7,273

2011.9.27 Trial........................................................................................7,330

2011.9.28 Trial 1 ....................................................................................7,422

2011.9.28 Trial 2.....................................................................................7,475

2011.10.3 Trial........................................................................................7,528

2011.10.4 Trial 1.....................................................................................7,857

2011.10.4 Trial 2.....................................................................................8,122

2011.10.5 Trial 1.....................................................................................8,231

2011.10.5 Trial 2.....................................................................................8,246

2011.10.6 Trial........................................................................................8,475

2011.10.7 Trial........................................................................................8,494

2011.10.11 Trial 1 .........................................................................................8,759

2011.10.11 Trial 2 .........................................................................................8,827

2011.10.11 Trial 3 .........................................................................................8,880

2011.10.12 Trial 1 .........................................................................................8,978

2011.10.12 Trial 2 .........................................................................................9,138

2011.10.13 Trial .........................................................................................9,175

2011.10.14 Trial 1 .........................................................................................9,276

2011.10.14 Trial 2 .........................................................................................9,305

2011.10.17 Trial .........................................................................................9,342

2011.10.18 Trial .........................................................................................9,442

2011.10.19 Trial .........................................................................................9,513

2011.10.20 Trial .........................................................................................9,625

2011.10.21 .........................................................................................9,713

2011.10.24 Trial .........................................................................................9,754

2011.10.25 Motion Hearing .........................................................................................9,828

2011.10.25 Trial .........................................................................................9,837

2011.10.26 Trial .........................................................................................9,863

2011.10.27 Trial .........................................................................................9,898

2012.2.10 Sentencing .........................................................................................9,930

## Miscellaneous

2011.7.24 Notes Destruction Policy ..........................................................................9,953

Criminal Discovery Letters.....................................................................................9,954