**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JOHN R. ZIMMERMAN,** : | |
|     Plaintiff : | |
| : | No. 1:13-cv-02788 |
| v. : | |
| : | (Judge Kane) |
| **THOMAS W. CORBETT, et al.** : | |
|     Defendants : | |

## ORDER

**AND NOW,** on this 15th day of July 2016, **IT IS HEREBY ORDERED THAT** Defendants' motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c) (Doc. No. 47), is **DENIED WITHOUT PREJUDICE**. Defendants may raise their immunity arguments at summary judgment, following development of the factual record in this case.