IN THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| John R. Zimmerman, | : | 1:13-cv-2788 |
| Plaintiff | : | |
| v. | : | Judge Kane |
| Thomas W. Corbett, Frank G. Fina, | : | |
| K. Kenneth Brown, Michael A. Sprow, | : | |
| Anthony J. Fiore, and Gary E. Speaks, | : | |
| Defendants | : | Jury Trial Demanded |

## Notice of Appeal

Notice is hereby given that Defendants hereby appeal to the United States Court of Appeals for the Third Circuit from the Order entered regarding Defendants' Motion for Judgment on the Pleadings on July 15, 2016, by Judge Yvette Kane.

          Respectfully submitted,

          Lavery Law

          <u>s/ Frank J. Lavery, Jr.</u>
          Pennsylvania Bar No. 42370
          <u>s/ Josh Autry</u>
          Pennsylvania Bar No. 208459
          225 Market Street, Suite 304
          P.O. Box 1245
          Harrisburg, PA 17108-1245
          (717) 233-6633 (p); (717) 233-7003 (f)
          flavery@laverylaw.com
          jautry@laverylaw.com

Date: August 12, 2016          Counsel for Defendants

## Certificate of Service

I certify that on this date, I served a true and correct copy of this filing through this Court's electronic case filing system to Devon M. Jacob, Esquire.

                                      s/ Amyra Wagner
                                      Legal Assistant for Josh Autry

Date: August 12, 2016